**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION**

| | | |
|---|---|---|
| Owners Insurance Company, | ) | Civil Action No.: 6:22-cv-02646-TMC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | **ALTERNATIVE DISPUTE** |
| vs. | ) | **RESOLUTION (ADR)** |
| | ) | **STATEMENT AND CERTIFICATION** |
| Elite Builders, LLC, Republic Vanguard | ) | |
| Insurance Company, and Quintacious | ) | |
| Crooks as the Personal Representative of | ) | |
| the Estate of Alyssa McMorris, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Pursuant to Local Civil Rule 16.03, the undersigned certifies that he has (1) provided the party he represents with any materials relating to ADR which were required to be provided by Local Civil Rule 16.01 or order of the Court; (2) discussed the availability of ADR mechanisms with the party; and (3) discussed the advisability and timing of ADR with opposing counsel.

Submitted this 8th day of December, 2022.

                                                              FAYSSOUX & LANDIS, P.A.

                                                              *s/Geoffrey W. Gibbon*_____
                                                              Geoffrey W. Gibbon (Federal ID.: 10056)
                                                              209 E. Washington Street
                                                              Greenville, South Carolina 29601
                                                              Telephone: (864)233-0445
                                                              Facsimile: (864)233-4781
                                                              geoff@fayssouxlaw.com

                                                              Attorney for Elite Builders, LLC

Dated: December 8, 2022